FILED

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0574

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0574

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MALINDA CRAZYMULE,

Defendant and Appellant.

## ORDER

Upon consideration Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 1, 2023, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
May 17 2023